**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| GENGHISCOMM HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LENOVO GROUP LTD.<br><br>Defendant. | Case No. 2:26-cv-947 |

# EXHIBIT LIST

| Exhibit | Description |
|---|---|
| A | Decision on Appeal - Reversed 227 10-21-25 |
| B | Reexam Certificate 2-26-26 (227) |
| C | Reexam Certificate 1-26-26 (792) |
| D | Reexam Certificate 7-1-26 (285) |
| E | Claim Construction Order 24-cv-00242 12-1-25 |
| F | Claim Chart US 11,381,285 (Method cls. 1, 2, 7, 8, 9, 10) - Lenovo |
| G | 4G - Claim Chart US 11,381,285 (Method cls. 1, 2, 7, 8, 10) - Lenovo |
| H | Claim Chart US 10,200,227 (Method cls. 11, 18) - Lenovo |
| I | Claim Chart US 10,389,568 (Method cls. 1, 2, 6, 9, (10), 11) - Lenovo |
| J | Claim Chart US 11,223,508 (Method cls. 1, 2, 3, 5, 6) - Lenovo |
| K | Claim Chart US 11,804,882 (Method cls. 1, 5, 8, 9) - Lenovo |
| L | Claim Chart US 9,768,842 (Method cls. 11, 13) - Lenovo |
| M | Claim Chart US 9,768,842 (Apparatus cls. 1, 2, 3, 7, 8) - Lenovo |
| N | Claim Chart US 11,252,005 (Method cls. 1, 2, 6, 7, 8, 9, 10) - Lenovo |
| O | 4G - Claim Chart US 11,252,005 (Method cls. 1, 2, 6, 8, 9, 10) - Lenovo |

Dated: October 20, 2026

Respectfully submitted,

*/s/ Alison Richards*
Alison Aubry Richards
(IL Bar # 6285669 *also admitted in WD Texas*)
arichards@giplg.com
Global IP Law Group, LLC
55 West Monroe Street, Suite 3400
Chicago, IL 60603
Telephone: (312) 241-1500

*Attorney for Plaintiff GenghisComm Holdings, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on October 20, 2026.

*/s/ Alison Richards*
Alison Aubry Richards